USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-31-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

SEBASTIAN SEPULVEDA,

                Defendant.

------------------------------------------------------------------ x

22-CR-164 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Arraignment set for **April 12, 2022** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           March 31, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**