UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,					22 Cr. 164 (ALC)

**ORDER**

-against-

Sebastian Sepulveda,,

     Defendants,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the April 12, 2022 arraignment, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until June 14, 2022 to review the discovery, better prepare for trial and, to engage in plea negotiations.

    The Court finds that the interests of justice are served by such an exclusion to review the discovery, better prepare for trial and, engage in plea negotiations and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from April 12, 2022 through June 14, 2022 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      April 12, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE