```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-10-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              **Plaintiff,**

    -against-                                          22 CR-164 (ALC)

SEBASTIAN SEPULVEDA,                **ORDER**

                              **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea hearing is scheduled for **November 16, 2022** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 10, 2022

                                                        _/s/ Andrew L. Carter, Jr._
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**